## Commonwealth *v.* Lightkep, Appellant.

Submitted June 8, 1964. *Robert Lightkep,* appellant, in propria persona; *Richard A. Devlin,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Palermo, Appellant.

Argued June 12, 1964. *Robert E. Gabriel,* for appellant; *William H. Wolf, Jr.,* Assistant District Attorney, with him *Thomas M. Reed,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Judgment of sentence affirmed.